**Wllllam D. TAYLOR, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 39077.**

Court of Criminal Appeals of Texas.

Dec. 8, 1965.

Hoover v. State, Tex.Cr.App., 355 S.W.2d 527; Butler v. State, Tex.Cr.App., 363 S.W.2d 469.

The appeal is dismissed.

Opinion approved by the court.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

Speeding is the offense; the punishment, a fine of $100.

Appellant's conviction resulted from a trial de novo in County Court at Law No. 1 of Travis County, after an appeal from a conviction in the Corporation Court of the City of Austin.

This court's jurisdiction in appeals originating in the Corporation Court is limited to convictions where the fine assessed exceeds $100. Art. 53, Vernon's Ann.C.C.P.;